JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### (Western Division – Los Angeles)

| | |
|---|---|
| LILIAN DELA ROSA, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>VIDIVICI, INC., a Nevada Corporation; FEDERICO PACQUING JR., an individual; and DOES 1-100<br><br>Defendants. | **CASE NO. 2:22-cv-02773-RGK-JEM**<br><br>*Assigned to District Judge, Hon. Gary Klausner, and*<br>*Magistrate Judge John E. McDermott*<br><br>**STIPULATED JUDGMENT**<br><br>Action Filed: April 26, 2022<br>Trial Date: May 2, 2023 |

///

# STIPULATED JUDGMENT

This matter is before the Court on the Stipulation for Entry of Judgment ("Stipulation") entered between Plaintiff LILIAN DELA ROSA and Defendants VIDIVICI, INC. and FEDERICO PACQUING, JR. (the "Parties").

The Court has reviewed the Parties' Stipulation and incorporates said Stipulation by reference herein and finds it has jurisdiction to enter judgment in this matter. Having reviewed the Stipulation for good cause showing, the Court hereby enters judgment on the Stipulation as follows:

1. This Court has jurisdiction over the subject matter and the parties pursuant to 28 USC§ 1332 in that this action arises between citizens of different states in which the matter in controversy exceeds, exclusive of costs and interests, seventy-five thousand dollars.

2. Venue is proper as to all parties in the Central District of California under 15 U.S.C. § 1391(b).

3. Plaintiff LILIAN DELA ROSA has commenced this action by filing the complaint associated with the above-captioned lawsuit and Defendants have been properly served.

4. The operative Complaint in this matter states claims upon which relief may be granted against Defendants arising out of the execution of two consulting agreements.

5. Defendant FEDERICO PACQUING JR. filed an answer in this Court and is represented by counsel whose name appears hereafter.

6. Defendant FEDERICO P ACQUING JR. consents to entry of judgment to give effect to the settlement between the parties.

7. A Default has been entered against Defendant VIDIVICI, INC., whose corporate status has been revoked by the State of Nevada, causing it to be unable to defend this case and Default Judgment is pending following final resolution of the causes of action asserted against Defendant P ACQUING JR.

8. Defendant VIDIVICI consents to entry of judgment to give effect to the settlement between the parties.

9. On February 3, 2023, a settlement of this matter was reached and memorialized in the Memorandum of Understanding incorporated by reference in the Stipulations.

10. On February 9, 2023, a formal Settlement Agreement was executed by Plaintiff and Defendants wherein Defendants are jointly and severally responsible for remitting $160,000 to Plaintiff on or before February 13, 2023 in accordance with the terms of the "CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE" incorporated by reference in the Stipulations (the "Settlement Agreement").

11. That Defendants have defaulted on the Settlement Agreement by failing to pay the agreed-upon amount of $160,000 on or before February 13, 2023, breaching the Settlement Agreement.

12. Defendants are jointly and severally liable for the $160,000.

13. The Settlement Agreement provided for entry of this Stipulated Judgment and the retention of jurisdiction by this Court pursuant to the powers of this Court and California Code of Civil Procedure, section 664.6 in the event that Defendants default on their payment obligations or otherwise breach the Settlement Agreement.

14. Based upon the foregoing and the Parties' Stipulation, the Court enters Judgment in favor of Plaintiff LILIAN DELA **ROSA** in the amount of $160,000.00.

15. Interest shall accrue on this amount at the rate of ten-percent, accruing from February 13, 2023 onward, plus attorney's fees and costs incurred in the enforcement of the Settlement Agreement to be determined by motion, less any payments made by Defendants and received by Plaintiff toward the Settlement Amount.

16. Payments made to Plaintiff that fail to post her or her attorney's bank or

attorney trust account for any reason, including but not limited to insufficient funds, stop payment, or counterfeit shall be deemed not made.

17. Plaintiff DELA ROSA is entitled to recover the reasonable attorney's fees and costs that she incurs in enforcement of this Judgment.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT JUDGMENT IS ENTERED** in favor of Plaintiff LILIAN DELA ROSA and against Defendants VIDIVICI, INC. and FEDERICO PACQUING, JR. pursuant to this Judgment all of the terms and conditions recited above.

The Clerk shall close this action.

DATED: 2/15/2023        _____
R. GARY KLAUSNER
UNITED STATES DISTRICT COURT JUDGE